UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FRANCES EUGENE WHITE                                    PLAINTIFF

VS.                          CIVIL ACTION NO. 3:10CV612TSL-MTP

WEXFORD HEALTH SOURCES, INC., ET AL.              DEFENDANTS

ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Michael T. Parker entered on February 11, 2103, recommending that the motions filed by various defendants for summary judgment and for judgment on the pleadings be granted and that defendant Epps be dismissed, sua sponte, pursuant to 28 U.S.C. § 1915A(b). Plaintiff Frances Eugene White has not filed objections and the time for doing so has since expired. Having reviewed the report and recommendation, the court concludes that the motions are well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Michael T. Parker entered on February 11, 2013, be, and the same is hereby, adopted as the finding of this court.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 12th day of March, 2013.

                        /s/ Tom S. Lee
                        UNITED STATES DISTRICT JUDGE